WILLIAM T. HART et al., Respondents, *v.* THE OGDENSBURG AND LAKE CHAMPLAIN RAILROAD COMPANY et al., Appellants.

SAME, Respondents, *v.* SAME, Appellants.

(Argued October 16, 1893; decided October 27, 1893.)

THESE were separate appeals by defendants from order of the General Term of the Supreme Court in the third judicial department, made May 9, 1893, which affirmed an order of Special Term permitting plaintiffs after issues joined to have a discovery and inspection of books and papers of defendants.

*John C. Keeler* and *Louis Hasbrouck* for appellants.

*Charles O. Tappan* for respondents.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.